JOE R. MILLER, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 3013.   Promulgated February 9, 1927.

A joint return of husband and wife having been filed for 1922, community property returns may not be subsequently filed for that year.

*C. M. Pasquier, C. P. A.,* for the petitioner.
*J. Arthur Adams, Esq.,* for the respondent.

Petitioner appeals from the determination by respondent of a deficiency of $51.87 in income tax, for the calendar year 1922, and alleges as error the refusal by respondent to compute the tax upon the basis of a separate return of income to the petitioner, he having filed a joint return for himself and wife.

### FINDINGS OF FACT.

Petitioner is an individual residing at Minden, La. He filed, within the time allowed by law, a Federal income-tax return for the calendar year 1922. Such return stated he was a citizen of the United States, that it was a joint return of husband and wife, that he was married and living with his wife, and that he claimed one dependent under 18 years of age and a personal exemption of $2,400. The return disclosed a tax due of $84.15, and the respondent determined the deficiency here in question of $51.87, upon the basis of a single, joint return, rejecting petitioner's contention that he should be allowed to file community property returns, reporting one-half of the total income as his and one-half as income of his wife.

MILLIKEN: We have decided, in *R. Downes, Jr.* v. *Commissioner*, 5 B. T. A. 1029, that the contention made by petitioner is contrary to the express provisions of the law, and this proceeding falls squarely within that decision.

> *Decision redetermining the deficiency for 1922 to be $51.87 will be entered.*